UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,                                         No.  2:19-cv-0544 AC P

             Plaintiff,

    v.                                                            ORDER

R. CROSS, et al.,

             Defendants.

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed with prejudice.  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: February 3, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE